IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **DARREN MACDONALD,**<br><br>　　Plaintiff,<br><br>v.<br><br>**CACTUS HOME OFFER LLC,**<br><br>　　Defendant. | Case No. 2:24-cv-01552-JCG |

## ORDER

Upon consideration of the Notice of Dismissal Without Prejudice (Doc. 24), and all other papers and proceedings in this action, it is hereby

**ORDERED** that this case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

IT IS SO ORDERED this 2nd day of December, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jennifer Choe-Groves
　　　　　　　　　　　　　　　　　　　　　　　　Jennifer Choe-Groves*
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

---

* Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.